JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEIR,<br>      Plaintiff,<br><br>      v.<br><br>ALLIANZ SE, et al.,<br>      Defendants. | 2:23-cv-719-DSF-MAAx<br><br>JUDGMENT |

    The Court having granted a motion to dismiss and Plaintiff having failed to amend his complaint within the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  June 20, 2024

*Dale S. Fischer*
Dale S. Fischer
United States District Judge