UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WEIR, individually and on behalf of all others similarly situated, | No. 24-4249 |
| Plaintiff - Appellant, | D.C. No. 2:23-cv-00719-DSF-MAA |
| v. | Central District of California, Los Angeles |
| ALLIANZ SE and ALLIANZ GLOBAL INVESTORS U.S. LLC, | MANDATE |
| Defendants - Appellees, | |
| and | |
| OLIVER BATE, | |
| Defendant. | |

The judgment of this Court, entered June 27, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $77.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT